**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| INTER INSURANCE AGENCY SERVICES LTD., UNIVERSAL CASUALTY RISK RETENTION GROUP, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 24-cv-0718-PRW |
| INSURANCE DEPARTMENT OF THE STATE OF OKLAHOMA and GLEN MULREADY, in his official capacity, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Inter Insurance Agency Services LTD. hereby gives notice that its claims against the Insurance Department of the State of Oklahoma, Glen Mulready, Donna Wilson, Rick Bingham and the Oklahoma Receivership Office Inc. are voluntary dismissed without prejudice.

Respectfully submitted,

s/William A. Johnson

William A. Johnson, OBA #4730
Elizabeth A. Price, OBA # 22278
HARTZOG CONGER CASON LLP
201 Robert S. Kerr Ave., Suite 1600
Oklahoma City, OK  73102
(405) 235-7000 (Telephone)
(405) 996-3403 (Facsimile)
bjohnson@hartzoglaw.com
eprice@hartzoglaw.com
**ATTORNEYS FOR PLAINTIFFS**
**INTER INSURANCE AGENCY SERVICES**
**LTD., UNIVERSAL CASUALTY RISK**
**RETENTION GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/William A. Johnson
William A. Johnson